Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ELLIOT MCGUCKEN, an individual,

Plaintiff,

v.

SAN DIEGO HONEY COMPANY INC., doing business as "San Diego Honey Company," a California corporation; GDS PLATFORMS INC., doing business as "Eternity Essentials," a Texas corporation; and DOES 1-10,

Defendants.

Case No.: 2:26-cv-11969

COMPLAINT FOR:

1. Copyright Infringement
2. Vicarious and/or Contributory Infringement

Jury Trial Demanded

Plaintiff Elliot McGucken ("Plaintiff" or "McGucken"), by and through his undersigned attorneys, hereby prays to this Honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff Elliot McGucken is an individual residing in Los Angeles County.

5. On information and belief, Plaintiff alleges that Defendant San Diego Honey Company Inc. is a California corporation doing business as San Diego Honey Company ("San Diego Honey") with its principal place of business at 4369 Mount Hukee Avenue, San Diego, California 92117, and doing business in the State of California and this District.

6. On information and belief, Plaintiff alleges that Defendant GDS Platforms Inc. doing business as Eternity Essentials ("Eternity Essentials") is a Texas corporation with its principal place of business at 4261 E University Drive #30-393, Prosper, Texas 75078. On information and belief, Plaintiff further alleges that San Diego Honey sells its products to consumers through Eternity Essentials' storefront on Amazon, and that Eternity Essentials distributes, markets, and sells those products there.

7. Defendants Does 1 through 10, inclusive, (altogether with San Diego Honey and Eternity Essentials, “Defendants”) are other parties who have infringed Plaintiff’s copyright, have contributed to the infringement of Plaintiff’s copyright, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

8. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter ego relationship, and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff’s rights and the damages proximately caused thereby.

## CLAIMS RELATED TO THE SUBJECT PHOTOGRAPH

9. McGucken is an accomplished and critically acclaimed landscape photographer. His works have appeared in The Smithsonian Magazine, The National Parks Magazine, and other fine arts publications. He has authored numerous books and won over 100 photographic awards.

10. McGucken created and owns the original landscape photograph shown below (“the Subject Photograph”):

///

**Subject Photograph**



11. McGucken is the sole and exclusive owner of all copyrights in and to the Subject Photograph.

12. McGucken has registered the Subject Photograph with the U.S. Copyright Office. The Subject Photograph is the subject of U.S. Copyright Registration No. VA0002225920, with an effective registration date of November 25, 2020.

13. Prior to the acts complained of herein, McGucken widely published, publicly displayed, and disseminated the Subject Photograph, including, without limitation, on his website *www.emcgucken.com*, as well as through his online profiles, social media accounts, press coverage, and physical exhibitions. In each such publication, the Subject Photograph was properly credited to McGucken.

14. McGucken routinely published the Subject Photograph with copyright management information identifying and crediting McGucken as its author and owner.

15. McGucken alleges on information and belief that Defendants, and each of them, willfully copied, reproduced, publicly displayed, and distributed the Subject Photograph for commercial benefit without authorization, including by reproducing and displaying the Subject Photograph on (a) the Amazon brand store and seller account named "San Diego Honey Company" (seller ID AM7FRTXZK1694), which Defendant San Diego Honey owns, operates, controls, and/or maintains, and (b) the Amazon seller account named "Eternity Essentials" (seller ID AFA8KMU5G0BOS), which Defendant Eternity Essentials owns, operates, controls, and/or maintains ("Infringing Use"). True and correct screen captures of the Infringing Use and their accompanying URLs are depicted below:

| **Infringing Use** |
| --- |
| URL: https://www.amazon.com/San-Diego-Honey-Company-California/dp/B07NS86N3W?th=1 |
|  |

URL: https://www.amazon.com/San-Diego-Honey-Company-California/dp/B07NS86N3W?th=1



A Perfect Balance of Light and Tangy Floral Notes

**Raw Honey Sourced From Beehives near Temecula, CA**

California Wildflower Honey is a raw floral honey varietal that is medium in color and intensity, featuring an exquisite balance of light and tangly notes. It is an extremely versatile honey and makes the perfect gift when you are looking for something that represents San Diego or California. Lovingly and carefully sourced from beehives near Temecula, California.

**Gourmet Taste & Quality That Lasts**

Raw honey never goes bad, however it will naturally harden and crystallize over time. This is a natural process that can easily be reversed to its liquid state. Simply place your honey bear in the warmed water until the crystals dissolve.

A Kitchen Companion

**Balanced, versatile & approachable**

- Lovely paired with your favorite teas
- Add something special to your salad dressings
- Drizzle over buttered english muffins

**A SoCal Favorite!**

California Wildflower Honey is a favorite among local honey connoisseurs for its culinary flexibility and delicious flavor profile. Always quick to sell out at local farmers markets.




16. The above exemplars are not meant to encompass all Infringing Use; the claims made herein are to any image displayed, published, licensed, distributed, and/or sold by Defendants that incorporates without permission, in whole or in part, the Subject Photograph. McGucken has never authorized Defendants, or any of them, to copy, reproduce, distribute, create derivative works from, or otherwise exploit the Subject Photograph.

17. On June 5, 2025, McGucken, through his attorneys, sent San Diego Honey a demand to cease and desist from its infringing uses of McGucken's Subject Photograph. To date, Defendants have not removed the Subject Photograph from their Amazon storefronts and continue to infringe upon McGucken's copyrights by displaying the Subject Photograph without license,

authorization, or consent from McGucken. Defendants failed to meaningfully respond, necessitating this action.

## FIRST CLAIM FOR RELIEF

**(Copyright Infringement - Against All Defendants, and Each)**

18. McGucken repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

19. McGucken alleges on information and belief that Defendants, and each of them, accessed the Subject Photograph through one or more sources, including, without limitation, McGucken's website, social media accounts, online profiles, and other online features; online publications and press coverage featuring McGucken's work; books and other print publications; third-party websites; and other publicly available online sources. Access is further evidenced by the Subject Photograph's exact reproduction in the Infringing Use.

20. McGucken alleges on information and belief that Defendants, and each of them, copied, reproduced, displayed, and distributed the Subject Photograph online for commercial benefit and without McGucken's authorization, including on San Diego Honey's Amazon storefront and Eternity Essentials' Amazon storefront.

21. McGucken alleges on information and belief that Defendants, and each of them, infringed McGucken's copyrights by creating infringing derivative works from the Subject Photograph and publishing and distributing the same to the public.

22. Due to Defendants', and each of their, acts of infringement, McGucken has suffered general and special damages in an amount to be established at trial.

23. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect

profits they would not otherwise have realized but for their infringement of McGucken's rights in the Subject Photograph. As such, McGucken is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of McGucken's rights in the Subject Photograph in an amount to be established at trial.

24. McGucken alleges on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

## SECOND CLAIM FOR RELIEF

**(Vicarious and/or Contributory Copyright Infringement - Against All Defendants, and Each)**

25. McGucken repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

26. McGucken alleges on information and belief that Defendants knowingly induced, participated in, aided, abetted, and profited from the illegal reproduction and distribution of the Subject Photograph as alleged hereinabove. Such conduct included, without limitation, reproducing, publishing, displaying, and/or distributing photographs obtained from third parties that Defendants knew, or should have known, were not authorized to be published by Defendants.

27. McGucken alleges on information and belief that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct. Specifically, Defendants, and

each of them, profited in connection with the Infringing Use, and were able to supervise the distribution, broadcast, and publication of the Infringing Use.

28. By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, McGucken has suffered general and special damages in an amount to be established at trial.

29. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of McGucken's rights in the Subject Photograph. As such, McGucken is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of McGucken's rights in the Subject Photograph, in an amount to be established at trial.

30. McGucken alleges on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

### Against all Defendants, and Each:

With Respect to Each Claim for Relief:

**a.** That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiff's copyright in the Subject Photograph, including, without limitation, an order requiring Defendants, and each of them, to remove the Subject Photograph from their respective websites,

marketing and advertising materials and to cease distributing prints bearing unauthorized copies of the Subject Photograph.

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and/or, to the extent available, statutory damages as available under the 17 U.S.C. § 504, 17 U.S.C. § 1203, and other applicable law.

c. That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Plaintiff's intellectual property rights;

d. That Plaintiff be awarded his attorneys' fees as available under the Copyright Act U.S.C. §§ 505, 1203, *et seq.*;

e. That Plaintiff be awarded his costs and fees under the statutes set forth above;

f. That Plaintiff be awarded statutory damages and/or penalties under the statutes set forth above;

g. That Plaintiff be awarded pre-judgment interest as allowed by law;

h. That Plaintiff be awarded the costs of this action; and

i. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

///

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the Seventh Amendment to the United States Constitution.

Respectfully submitted,

Dated: October 14, 2026

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
Andres Navarro, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff